1  Michael D. Braun (167416)
   Patrice Bishop (182256)
2  STULL, STULL & BRODY
   10940 Wilshire Boulevard
3  Suite 2300
   Los Angeles, CA 90024
4  Tel:  (310) 209-2468
   Fax:  (310) 209-2087
5
   Richard B. Brualdi
6  Kevin T. O'Brien
   THE BRUALDI LAW FIRM
7  29 Broadway
   Suite 1515
8  New York, New York 10006
   Tel:  (212) 952-0602
9  Fax:  (212) 952-0608         "BY FAX"

10 Attorneys for Plaintiff

11

12                UNITED STATES DISTRICT COURT

13                CENTRAL DISTRICT OF CALIFORNIA

14

15 | HARBOR FINANCE PARTNERS, on        ) CASE NO. 02-04401 TJH (RZx)
   | behalf of itself and all others similarly )
16 | situated                            ) **CLASS ACTION**      "BY FAX"
                                          )
17 |           Plaintiff,                ) **REQUEST TO DISMISS
                                          ) ENTIRE ACTION WITHOUT
18 | v.                                   ) PREJUDICE; [PROPOSED]
                                          ) ORDER THEREON**
19 | TERRY BARNES, RICHARD              )
   | BARTON, ROBERT DAVIS, BARRY         )
20 | DILLER, VICTOR KAUFMAN, DARA       )
   | KHOSROWSHAHI, BRYAN LOURD,         )
21 | JON MILLER, JOHN PLEASANTS,        )
   | MICHAEL SCHRAGE, ALAN SPOON,       )
22 | TICKETMASTER, and USA              )
   | INTERACTIVE, Inclusive,             )
23                                       )
   |           Defendants.                )
24

25

26

27

28

                                    1

W:\STULL\TKTMASTR\PLD\Dismissal.001.wpd

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

In light of conversations between defense counsel and plaintiff's counsel regarding the merits of this action and defendant USA Interactive's withdrawal of its offer to buy all outstanding shares of defendant Ticketmaster, subsequent to the filing of this action;

Whereas no defendant has yet filed a responsive pleading to this action;

Plaintiff Harbor Finance Partners respectfully requests this Court dismiss this action without prejudice.

Dated: August 2, 2002

Michael D. Braun (167416)
Patrice Bishop (182256)
STULL, STULL & BRODY

By: *Patrice Bishop*
Patrice L. Bishop
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Tel: (310) 209-2468
Fax: (310) 209-2087

Richard B. Brualdi
Kevin T. O'Brien
THE BRUALDI LAW FIRM
29 Broadway
Suite 1515
New York, New York 10006
Tel: (212) 952-0602
Fax: (212) 952-0608

Attorneys for Plaintiff

W:\STULL\TKTMASTR\PLD\Dismissal.001.wpd

1 | **[PROPOSED] ORDER**

2 | Pursuant to the request of plaintiff, the action entitled <u>Harbor Finance Partners</u>
3 | <u>v. Barnes, et al.</u>, United States District Court for the Central District of California,
4 | Case No. 02-04401 TJH (RZx), is hereby dismissed without prejudice.

5 | **IT IS SO ORDERED.**

7 | DATED: _____

HONORABLE TERRY J. HATTER, JR.
DISTRICT JUDGE

3

W:\STULL\TKTMASTR\PLD\Dismissal.001.wpd

## PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     ) ss.:
COUNTY OF LOS ANGELES )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 10940 Wilshire Boulevard, Suite 2300, Los Angeles, CA 90024.

On August 2, 2002, I served the document described as **REQUEST TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE; [PROPOSED] ORDER THEREON** by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

### SEE ATTACHED SERVICE LIST

I served the above document(s) as follows:

BY MAIL. The envelope(s) was/were mailed with postage thereon fully prepaid. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_LEITZA MOLINAR_
Type or Print Name                                     Signature

# SERVICE LIST

Richard B. Brualdi, Esq.
Kevin T. O'Brien
THE BRUALDI LAW FIRM
29 Broadway
Suite 1515
New York, New York 10006
Tel: (212) 952-0602
Fax: (212) 952-0608

**Attorneys for Plaintiff**

John B. Quinn, Esq.
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017
Tel: (213) 624-7707
Fax: (213) 624-0643

**Attorneys for Defendant USA Interactive**

Michael Gardener, Esq.
MINTZ LEVIN COHN FERRAZ
GLOVSKY & POPEO P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241

**Attorneys for Defendants Robert Davis, Michael Schrage, Alan Spoon and Bryan Lourd**

Philip L. Bosl, Esq.
Eric R. Maier, Esq.
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: (213) 229-7515
Fax: (213) 229-6515

**Attorneys for Defendants Terry Barnes, John Pleasants and Ticketmaster**