1  Michael D. Braun (167416)
   Patrice Bishop (182256)
2  STULL, STULL & BRODY
   10940 Wilshire Boulevard
3  Suite 2300
   Los Angeles, CA 90024
4  Tel:   (310) 209-2468
   Fax:   (310) 209-2087
5
   Richard B. Brualdi
6  Kevin T. O'Brien
   THE BRUALDI LAW FIRM
7  29 Broadway
   Suite 1515
8  New York, New York 10006
   Tel:   (212) 952-0602
9  Fax:   (212) 952-0608          BY FAX

10 Attorneys for Plaintiff

11

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14

15 HARBOR FINANCE PARTNERS, on         CASE NO. 02-04401 TJH (RZx)
   behalf of itself and all others similarly
16 situated                             **CLASS ACTION**          BY FAX

17              Plaintiff,              **REQUEST TO DISMISS
                                        ENTIRE ACTION WITHOUT
18         v.                           PREJUDICE; [PROPOSED]
                                        ORDER THEREON**
19 TERRY BARNES, RICHARD
   BARTON, ROBERT DAVIS, BARRY
20 DILLER, VICTOR KAUFMAN, DARA
   KHOSROWSHAHI, BRYAN LOURD,
21 JON MILLER, JOHN PLEASANTS,
   MICHAEL SCHRAGE, ALAN SPOON,
22 TICKETMASTER, and USA
   INTERACTIVE, Inclusive,
23
                Defendants,
24

25

26

27

28

W:\STULL\TKTMASTR\PLD\Dismissal.001.wpd

1

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      In light of conversations between defense counsel and plaintiff's counsel

3  regarding the merits of this action and defendant USA Interactive's withdrawal of its

4  offer to buy all outstanding shares of defendant Ticketmaster, subsequent to the

5  filing of this action;

6      Whereas no defendant has yet filed a responsive pleading to this action;

7      Plaintiff Harbor Finance Partners respectfully requests this Court dismiss this

8  action without prejudice.

9

10  Dated: August 2, 2002                 Michael D. Braun (167416)
                                         Patrice Bishop (182256)
11                                        STULL, STULL & BRODY

12

13                          By:  _Patrice Bishop_____
                                         Patrice L. Bishop
14                                        10940 Wilshire Boulevard
                                         Suite 2300
15                                        Los Angeles, CA 90024
                                         Tel:  (310) 209-2468
16                                        Fax:  (310) 209-2087

17                                        Richard B. Brualdi
                                         Kevin T. O'Brien
18                                        THE BRUALDI LAW FIRM
                                         29 Broadway
19                                        Suite 1515
                                         New York, New York 10006
20                                        Tel:  (212) 952-0602
                                         Fax:  (212) 952-0608

21
                                         Attorneys for Plaintiff
22

23

24

25

26

27

28

2

## [PROPOSED] ORDER

1    Pursuant to the request of plaintiff, the action entitled Harbor Finance Partners
2
3    v. Barnes, et al., United States District Court for the Central District of California,
4    Case No. 02-04401 TJH (RZx), is hereby dismissed without prejudice.
5    **IT IS SO ORDERED.**
6
7    DATED: _____
8                          HONORABLE TERRY J. HATTER, JR.
9                          DISTRICT JUDGE

W:\STULL\TKTMASTR\PLD\Dismissal.001.wpd

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                     )ss.:
COUNTY OF LOS ANGELES )

     I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 10940 Wilshire Boulevard, Suite 2300, Los Angeles, CA 90024.

     On August 2, 2002, I served the document described as **REQUEST TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE; [PROPOSED] ORDER THEREON** by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

## SEE ATTACHED SERVICE LIST

I served the above document(s) as follows:

     BY MAIL. The envelope(s) was/were mailed with postage thereon fully prepaid. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

     I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

LEITZA MOLINAR
Type or Print Name

Signature

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | Richard B. Brualdi, Esq. |
| | Kevin T. O'Brien |
| 3 | THE BRUALDI LAW FIRM |
| | 29 Broadway |
| 4 | Suite 1515 |
| | New York, New York 10006 |
| 5 | Tel:   (212) 952-0602 |
| | Fax:  (212) 952-0608 |
| 6 | |
| | **Attorneys for Plaintiff** |
| 7 | |
| | John B. Quinn, Esq. |
| 8 | QUINN EMANUEL URQUHART |
| | OLIVER & HEDGES, LLP |
| 9 | 865 South Figueroa Street |
| | 10th Floor |
| 10 | Los Angeles, CA 90017 |
| | Tel:   (213) 624-7707 |
| 11 | Fax:  (213) 624-0643 |
| 12 | **Attorneys for Defendant USA** |
| | **Interactive** |
| 13 | |
| | Michael Gardener, Esq. |
| 14 | MINTZ LEVIN COHN FERRAZ |
| | GLOVSKY & POPEO P.C. |
| 15 | One Financial Center |
| | Boston, MA 02111 |
| 16 | Tel:   (617) 542-6000 |
| | Fax:  (617) 542-2241 |
| 17 | |
| | **Attorneys for Defendants** |
| 18 | **Robert Davis, Michael Schrage, Alan** |
| | **Spoon and Bryan Lourd** |
| 19 | |
| | Philip L. Bosl, Esq. |
| 20 | Eric R. Maier, Esq. |
| | GIBSON, DUNN & CRUTCHER LLP |
| 21 | 333 South Grand Avenue |
| | Los Angeles, CA 90071-3197 |
| 22 | Tel:   (213) 229-7515 |
| | Fax:  (213) 229-6515 |
| 23 | |
| | **Attorneys for Defendants Terry** |
| 24 | **Barnes, John Pleasants and** |
| | **Ticketmaster** |
| 25 | |
| 26 | |
| 27 | |
| 28 | |